UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| MARK D. OLSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:12-CV-75-RWS |
| MICHAEL J. ASTRUE, | ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of plaintiff's motion for leave to commence this action without payment of the required filing fee [Doc. #2]. *See* 28 U.S.C. § 1915(a).

Plaintiff has submitted a partially-completed financial affidavit CJA Form 23 in support of his application for in forma pauperis status. Plaintiff has failed to state (1) if he has any cash on hand or money in a savings or checking account, and if so, the total amount thereof; and (2) if he has "other income," and if so, the amount(s) received and the source thereof. As such, the Court is unable to determine, at this time, if plaintiff is financially unable to pay any portion of the filing fee. *See* 28 U.S.C. § 1915(a), Local Rule 2.05(A).

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff shall have thirty (30) days from the date of this Order to pay the statutory filing fee of $350.00, or to submit a fully completed CJA Form 23 (financial affidavit).

**IT IS FURTHER ORDERED** that if plaintiff fails to pay the filing fee or to submit a fully-completed CJA Form 23 within thirty days, the case shall be dismissed, without prejudice and without further notice to plaintiff.

Dated this 23rd day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE