UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| MARK D. OLSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 2:12 CV 75 RWS |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before me on Mark D. Olson's appeal from an adverse ruling of the Social Security Administration. I referred this matter to United States Magistrate Judge Thomas C. Mumert for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On January 22, 2014 Judge Mummert filed his recommendation that the decision of the Commissioner be affirmed and that this case be dismissed.

Any objections to Judge Mummert's Report and Recommendation had to be filed by February 5, 2014. Neither party has filed an objection as of today's date.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Mummert [#25] is **SUSTAINED, ADOPTED AND**

**INCORPORATED** herein. The Commissioner's decision is **AFFIRMED** and this case is **DISMISSED**.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of February, 2014.